**Continuing Abatement Order filed January 23, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00088-CR
_____

**KIMBEL VERSHON CARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1492023**

## CONTINUING ABATEMENT ORDER

Appellant is pro se. On January 23, 2019, appellant timely filed a notice of appeal from his judgment of conviction. On February 14, 2019, this court directed the trial court to conduct a hearing in this case to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. Our order required the trial court to see that a record of the hearing was made, make findings of fact and conclusions of law, and order the trial clerk to forward a record of the hearing and

a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing and the trial court's findings and conclusions were to have been filed with the clerk of this court on or before March 18, 2019.

On September 10, 2019, a supplemental clerk's record was filed. According to the docket sheet, "On August 13, 2019, A hearing was conducted and there were no findings for this case."

We order Mattie Kimble, the court reporter, to file a record of the hearing held August 13, 2019, with the clerk of this court **within ten (10) days of the date of this order.**

The appeal remains abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court also will consider an appropriate motion to reinstate the appeal filed by either party.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.